IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-323-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARREL DEMETRIUS WHITEHEAD, | ) | |
| Defendant. | ) | |

Pending before the court is a motion to suppress evidence filed by Defendant, which motion has been referred to the undersigned for memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The court hereby ORDERS counsel for the parties to confer and submit to the court, on or before April 30, 2020, proposed dates for hearing of Defendant's motion.

This 23rd day of March 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge