IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-323-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARREL DEMETRIUS WHITEHEAD, | ) | |
| Defendant. | ) | |

The court hereby SCHEDULES this matter for an evidentiary hearing on Defendant's motion to suppress on June 11, 2020, at 11:00 a.m. at the United States Courthouse Annex in Greenville.

This 14th day of April 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge